**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Windsor Waterjet, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Waterjet Wonders** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2024604** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **565 Logistics Drive** <br> **Windsor, CO 80550** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Weld** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **waterjetwonders.com** |

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ■

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Windsor Waterjet, Inc.**            Case number (*if known*) _____
        Name

---

**7.**    **Describe debtor's business**

     A. *Check one:*

     ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

     ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

     ☐ Railroad (as defined in 11 U.S.C. § 101(44))

     ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

     ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

     ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

     ■ None of the above

     B. *Check all that apply*

     ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

     ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

     ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

     C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.

       _____

---

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

     *Check one:*

     ■ Chapter 7

     ☐ Chapter 9

     ☐ Chapter 11. *Check all that apply*:

         ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

         ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

         ☐ A plan is being filed with this petition.

         ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

         ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

         ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

     ☐ Chapter 12

---

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

     If more than 2 cases, attach a separate list.

     ■ No.

     ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| _____ | | _____ | | _____ | |
| _____ | | _____ | | _____ | |

---

**10.**    **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

     List all cases. If more than 1, attach a separate list

     ■ No

     ☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |

| District | | When | | Case number, if known | |
|---|---|---|---|---|---|
| _____ | | _____ | | _____ | |

---

Debtor    **Windsor Waterjet, Inc.**                                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| | |
|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** |

☐ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **All of the assets of the corporation are located at its leased business premises. Rhondda and Stanley Wells are the landlords for this property are in need of getting possession of their property back.**

**Where is the property?**    **565 Logistics Drive**
**Windsor, CO, 80550-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.    Insurance agency    **Insurance coverage lapsed on March 9, 2020**

           Contact name    _____

           Phone    _____

---

■  **Statistical and administrative information**

| | |
|---|---|
| **13.** | **Debtor's estimation of available funds** | . |

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| | |
|---|---|
| **14.** | **Estimated number of creditors** |

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

| | |
|---|---|
| **15.** | **Estimated Assets** |

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | |
|---|---|
| **16.** | **Estimated liabilities** |

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Windsor Waterjet, Inc.** | | Case number (*if known*) | |
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 13, 2020**
MM / DD / YYYY

**X** **/s/ Jamie Williams** | **Jamie Williams**
Signature of authorized representative of debtor | Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Ross J. Wabeke**   Date **March 13, 2020**
Signature of attorney for debtor   MM / DD / YYYY

**Ross J. Wabeke 10327**
Printed name

**Ross J. Wabeke**
Firm name

**Attorney at Law
315 East 7th Street
Loveland, CO 80537**
Number, Street, City, State & ZIP Code

Contact phone   **970-667-2101**   Email address   **rosswabeke@gmail.com**

**10327 CO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Windsor Waterjet, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 13, 2020**    *X* **/s/ Jamie Williams**
                                          Signature of individual signing on behalf of debtor

                                          **Jamie Williams**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Windsor Waterjet, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................................     $           **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................     $       **64,490..00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................     $       **64,490.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................     $           **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................     $      **27,461.58**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................     +$      **64,415.00**

4.   Total liabilities ..................................................................................................
    Lines 2 + 3a + 3b              $      **91,876.58**

**Fill in this information to identify the case:**

Debtor name    **Windsor Waterjet, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Checking account at Stearns Bank.The account is overdrawn.** | | **1740** | **Unknown** |

4.    **Other cash equivalents** *(Identify all)* **The Debtor has sold several items of personal property. Because several creditors may have ACH payments set up the Debtor has not deposited that money and has instead given it to its attorney. Debtor's attorney has $1,503 in cash and a check for $5,200 that he is holding to be turned over to the Trustee.**

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$6,703.00**

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.       **$10,000.00**

**The Debtor has paid a $10,000 deposit on its lease with Rhondda and Stanley Wells. The Debtor has not paid rent to the Wells for the months of February and March 2020.**

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

**13. Does the debtor own any investments?**

Debtor __Windsor Waterjet, Inc.__        Case number *(If known)* _____
     Name

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

---

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

---

### Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See attached list of all corporate assets. The estimated liquidation value of the assets is $47,796.00 | Unknown | Liquidation | $47,796.00 |

51. **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

           $47,796.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

### Part 9:   Real property

54. **Does the debtor own or lease any real property?**

Debtor   **Windsor Waterjet, Inc.**                                    Case number *(If known)* _____
         Name

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor      **Windsor Waterjet, Inc.**                                    Case number *(If known)* _____
            Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,703.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $47,796.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $64,499.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | 64,499.00 |

**Fill in this information to identify the case:**

Debtor name          **Windsor Waterjet, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Windsor Waterjet, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Allan Krebs**<br>**1790 North Jameson Lane**<br>**Montecito, CA 93108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,656.00 | $2,600.00 |
| Date or dates debt was incurred<br>**2019-2020** | Basis for the claim:<br>**Customer deposit for work to be done** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Elite Interior Decorating**<br>**Melissa Turturro**<br>**25 Elizabeth Court**<br>**Staten Island, NY 10307** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $750.00 | $750.00 |
| Date or dates debt was incurred<br>**2019-2020** | Basis for the claim:<br>**Customer deposit for work to be done** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Windsor Waterjet, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| **Jason Hrakpo** | *Check all that apply.* |
|---|---|
| **67 Elissa Lane** | ☐ Contingent |
| **Yonkers, NY 10710** | ☐ Unliquidated |
| | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2019-2020** | **Customer deposit for work to be done** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ☐ Yes |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,949.00** | **$2,600.00** |
|---|---|---|---|---|

| **Keith Blackburn** | *Check all that apply.* |
|---|---|
| **6228 W. Avenue L 12** | ☐ Contingent |
| **Lancaster, CA 93536** | ☐ Unliquidated |
| | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2019-2020** | **Customer deposit for work to be done** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ☐ Yes |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,489.58** | **$2,600.00** |
|---|---|---|---|---|

| **Scott Theodore** | *Check all that apply.* |
|---|---|
| **234 Inverness Dr. S #8101** | ☐ Contingent |
| **Englewood, CO 80112** | ☐ Unliquidated |
| | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2019-2020** | **Customer deposit for work to be done** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ☐ Yes |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| **Teresa Ulickas** | *Check all that apply.* |
|---|---|
| **10 Saddle Brook Ct.** | ☐ Contingent |
| **Tomball, TX 77375** | ☐ Unliquidated |
| | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2019-2020** | **Customer deposit for work to be done** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ☐ Yes |

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Windsor Waterjet, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00** |
|---|---|---|---|

**ACH Foam**
**5250 N. Sherman**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **1789**

Basis for the claim:  **Supplies and materials**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,915.00** |
|---|---|---|---|

**Acierno & Company**
**436 Lincoln St.**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Customer deposit for work to be done**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,427.00** |
|---|---|---|---|

**Capital One Bank**
**PO Box 60599**
**City of Industry, CA 91716-0599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **4043**

Basis for the claim:  **Charge card purchases all for business purposes**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Comcast  Business**
**PO Box 60533**
**City of Industry, CA 91716-0533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Possible cellular and internet bills.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$724.00** |
|---|---|---|---|

**Daltile**
**PO Box 209058**
**Dallas, TX 75320-9058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **6129**

Basis for the claim:  **Supplies and materials**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,645.00** |
|---|---|---|---|

**Flow International Corp.**
**23500 64th Ave.**
**Kent, WA 98032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **2527**

Basis for the claim:  **Supplies and materials**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,959.00** |
|---|---|---|---|

**G. Fazio Construction Co., Inc.**
**58-41 63rd St.**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  _

Basis for the claim:  **Customer deposit for work to be done**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Windsor Waterjet, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address
**Gallegoes Sanitation Inc.**
**PO Box 1986**
**Fort Collins, CO 80522**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trash service**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.9** | Nonpriority creditor's name and mailing address
**Hennco Waterjet Supply**
**PO Box 26**
**Andover, MN 55304**

Date(s) debt was incurred **2020**

Last 4 digits of account number **2831**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies and materials**

Is the claim subject to offset? ☒ No ☐ Yes

**$525.00**

---

**3.10** | Nonpriority creditor's name and mailing address
**International Waterjet Parts**
**PO Box 74008444**
**Chicago, IL 60674-8444**

Date(s) debt was incurred **2019**

Last 4 digits of account number **5220**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies and materials**

Is the claim subject to offset? ☒ No ☐ Yes

**$201.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Ionos**
**701 Lee Road**
**Suite 300**
**Chesterbrook, PA 19087**

Date(s) debt was incurred **2020**

Last 4 digits of account number **2151**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Web hosting**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.12** | Nonpriority creditor's name and mailing address
**Ivey Custom Homes**
**Liza Dewald**
**Knoxville, TN 37934**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Dispute over work done.**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.13** | Nonpriority creditor's name and mailing address
**Lowes**
**PO Box 530970**
**Atlanta, GA 30353-0970**

Date(s) debt was incurred **2019-2020**

Last 4 digits of account number **8436**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Charge card purchases all for business purposes**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,542.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**M S International, Inc.**
**18250 E. 40th Ave. Ste 30**
**Aurora, CO 80011**

Date(s) debt was incurred **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies and materials**

Is the claim subject to offset? ☒ No ☐ Yes

**$518.00**

---

| Debtor | **Windsor Waterjet, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$607.00** |
|---|---|---|---|
| | **Metal Distributors** | ☐ Contingent | |
| | **1400 E. Mulberry** | ☐ Unliquidated | |
| | **Fort Collins, CO 80524** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:**  **Supplies and materials** | |
| | Last 4 digits of account number  **1353** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Michael C. Payne** | ☐ Contingent | |
| | **Coan, Payton & Payne, LLC** | ☐ Unliquidated | |
| | **1711 61st Avenue, Suite 100** | ☐ Disputed | |
| | **Greeley, CO 80634** | | |
| | Date(s) debt was incurred  _ | **Basis for the claim:**  **Attorney for Rhondda and Stanley Wells** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,103.00** |
|---|---|---|---|
| | **Natural Stone Resources** | ☐ Contingent | |
| | **1800 East Via Burton Street** | ☐ Unliquidated | |
| | **Anaheim, CA 92806** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | **Basis for the claim:**  **Supplies and materials** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,448.00** |
|---|---|---|---|
| | **R+L Carriers** | ☐ Contingent | |
| | **PO Box 10020** | ☐ Unliquidated | |
| | **Port William, OH 45164-2000** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019** | **Basis for the claim:**  **Shipping charges** | |
| | Last 4 digits of account number  **T565** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$451.00** |
|---|---|---|---|
| | **Reddaway, Inc.** | ☐ Contingent | |
| | **26401 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1264** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019** | **Basis for the claim:**  **Shipping charges** | |
| | Last 4 digits of account number  **sev** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **The Bailey Company** | ☐ Contingent | |
| | **601 Corporate Circle** | ☐ Unliquidated | |
| | **Golden, CO 80401** | ☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | **Basis for the claim:**  **Customer deposit for work to be done** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Town of Windsor** | ☐ Contingent | |
| | **301 Walnut Street** | ☐ Unliquidated | |
| | **Windsor, CO 80550** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:**  **Possible utility bill** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Windsor Waterjet, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
|---|---|---|---|

**United Design Stone, LLC**
**13825 Jefferson Hwy**
**Baton Rouge, LA 70817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim:  Customer deposit for work to be done**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,517.00** |
|---|---|---|---|

**United Western Denver**
**6201 East 42nd Avenue**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim:  Supplies and materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Xcel Energy**
**PO Box 9477**
**Minneapolis, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Utility charges**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,249.00** |
|---|---|---|---|

**YRC Freight**
**PO Box 93151**
**Chicago, IL 60673-3151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim:  Shipping charges**

Last 4 digits of account number **4086**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Atlas Roofing Corp.**<br>**PO Box 403977**<br>**Atlanta, GA 30384-3977** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **M S International, Inc.**<br>**A/R Department**<br>**2095 N. Batavia St.**<br>**Orange, CA 92865** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 18,844.58 |
| 5b. Total claims from Part 2 | 5b. + | $ | 63,176.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 82,020.58 |

**Fill in this information to identify the case:**

Debtor name      **Windsor Waterjet, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **The Debtor entered into a lease of its main business premises located at 565 Logistics Drive, Windsor, CO 80550 with the Wells commencing on January 1, 2020 and ending December 31.2024. The lease is guaranteed by Jamie and Alica Williams.** | |
| State the term remaining | **4 years and 9 months** | |
| List the contract number of any government contract | | **Stanley and Rhondda Wells**<br>**4725 Valley Oak Drive**<br>**Loveland, CO 80538** |

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Windsor Waterjet, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
| --- | --- | --- | --- | --- |
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Jamie and Alica Williams** | **480 Wind River Dr. Windsor, CO 80550 The Williams may have liability on this debt.** | **ACH Foam** | ☐ D _____<br>■ E/F   **3.1**<br>☐ G _____ |
| 2.2 | **Jamie and Alica Williams** | **480 Wind River Dr. Windsor, CO 80550 The Williams may have liability on this debt.** | **Daltile** | ☐ D _____<br>■ E/F   **3.5**<br>☐ G _____ |
| 2.3 | **Jamie and Alica Williams** | **480 Wind River Dr. Windsor, CO 80550 The Williams may have liability on this debt.** | **Flow International Corp.** | ☐ D _____<br>■ E/F   **3.6**<br>☐ G _____ |
| 2.4 | **Jamie and Alica Williams** | **480 Wind River Dr. Windsor, CO 80550 The Williams may have liability on this debt.** | **Hennco Waterjet Supply** | ☐ D _____<br>■ E/F   **3.9**<br>☐ G _____ |

Debtor  **Windsor Waterjet, Inc.**                    Case number *(if known)*  _____

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this debt. | **International Waterjet Parts** | ☐ D _____ ■ E/F **3.10** ☐ G _____ |
| 2.6 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this debt. | **M S International, Inc.** | ☐ D _____ ■ E/F **3.14** ☐ G _____ |
| 2.7 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this debt. | **Metal Distributors** | ☐ D _____ ■ E/F **3.15** ☐ G _____ |
| 2.8 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this debt. | **Natural Stone Resources** | ☐ D _____ ■ E/F **3.17** ☐ G _____ |
| 2.9 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this debt. | **R+L Carriers** | ☐ D _____ ■ E/F **3.18** ☐ G _____ |
| 2.10 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this debt. | **Reddaway, Inc.** | ☐ D _____ ■ E/F **3.19** ☐ G _____ |
| 2.11 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this debt. | **United Western Denver** | ☐ D _____ ■ E/F **3.23** ☐ G _____ |

Debtor **Windsor Waterjet, Inc.**

Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this ebt. | **YRC Freight** |
| | | | ☐ D _____ ▮ E/F __3.25__ ☐ G _____ |
| 2.13 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this debt. | **Jason Hrakpo** |
| | | | ☐ D _____ ▮ E/F __2.3__ ☐ G _____ |
| 2.14 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this debt. | **Keith Blackburn** |
| | | | ☐ D _____ ▮ E/F __2.4__ ☐ G _____ |
| 2.15 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this debt. | **Scott Theodore** |
| | | | ☐ D _____ ▮ E/F __2.5__ ☐ G _____ |
| 2.16 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this debt. | **Teresa Ulickas** |
| | | | ☐ D _____ ▮ E/F __2.6__ ☐ G _____ |
| 2.17 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this debt. | **The Bailey Company** |
| | | | ☐ D _____ ▮ E/F __3.20__ ☐ G _____ |
| 2.18 | **Jamie and Alica Williams** | **480 Wind River Dr.** Windsor, CO 80550 The Williams may have liability on this debt. | **United Design Stone, LLC** |
| | | | ☐ D _____ ▮ E/F __3.22__ ☐ G _____ |

Debtor   **Windsor Waterjet, Inc.** _____   Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 | **Jamie R.**<br>**Williams** | **480 Wind River Dr.**<br>**Windsor, CO 80550** | **Capital One Bank** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.20 | **Jamie R.**<br>**Williams** | **480 Wind River Drive.**<br>**Windsor, CO 80550** | **Lowes** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Windsor Waterjet, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☑ Operating a business<br><br><br>☐ Other _____ | **$38,363.00**<br>NOTE: Total business expenses for this period were $57,753.73 resulting in a loss of $19,390.73. |
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☑ Operating a business<br><br><br>☐ Other _____ | **$365,837.00**<br>NOTE: Total business expenses for this period were $492,201.12 resulting in a loss of $126,364.12. |

   **NOTE: Jamie Williams purchased the corporate stock of Waterjet Wonders, Ltd., on July 17, 2019 from Frank and Lynn Pinteric. Jamie Willimas paid the Pinterics $190,000 for their stock. Since the time of this purchase of stock through January of 2020 Jamie Williams and his wife put in an additional $93,000  into the corporation to keep it operating until they reached the point where all their resources were depleted and they were unable to put in any more.**

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

Debtor   **Windsor Waterjet, Inc.**                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Stanley and Rhondda Wells**<br>**4725 Valley Oak Drive**<br>**Loveland, CO 80538** | **12/26/2019**<br>**$5,000.00**<br>**which was**<br>**the rent**<br>**deposit**<br>**1/7/2020**<br>**$11,328.31**<br>**which was**<br>**for January**<br>**2020 rent**<br>**1/31/2020**<br>**$5,000.00**<br>**which was**<br>**the other half**<br>**of the rent**<br>**deposit** | **$21,328.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **The Wells are the**<br>**landlords for the business**<br>**premises leased by the**<br>**Debtor.** |
| 3.2.  **Natural Stone Resources**<br>**1800 East Via Burton Street**<br>**Anaheim, CA 92806** | **12/26/2019**<br>**$7,440.50**<br>**was paid via**<br>**credit card**<br>**on**<br>**purchases**<br>**made more**<br>**than 60 days**<br>**before.** | **$7,440.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Windsor Waterjet, Inc.** | | Case number *(if known)* | |

☑ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and<br>how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property<br>lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received<br>the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or<br>value |
|---|---|---|---|---|
| 11.1. | **Ross J. Wabeke<br>Attorney at Law<br>315 East 7th Street<br>Loveland, CO 80537** | | **February<br>17, 2020** | **$3,000.00** |
| | Email or website address<br>**rosswabeke@gmail.com** | | | |
| | Who made the payment, if not debtor?<br>**Jamie and Alicia Williams** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None.

Debtor   **Windsor Waterjet, Inc.**                                   Case number *(if known)*

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. | | Prior to ceasing operations the Debtor sold misc. personal property consisting of packing supplies, several filing cabinets, an air compressor, various racks, a sofa, and a conference table and chairs. The amount received for these items was $4,379.00. Some of this money was deposited into the Debtor's checking account. Approximately $2,202.00 of this amount was paid in cash. From the cash an employee of the Debtor whose paycheck bounced was paid $517.00 in cash and the remainder of $1,503.00 is being held by Debtor's attorney. | |
| **Unrelated third parties** | | **Mid February 2020 to March 9, 2020** | **$4,379.00** |
| Relationship to debtor | | | |
| 13.2. **Liquid Impact Waterjet, LLC 2825 Sagebrush Drive Fort Collins, CO 80525** | A Daewoo Doosan model GC25P-3 forklift and a cabinet on wheels were sold for their fair market value of $5,200.00. | **March 6, 2020** | **$5,200.00** |
| Relationship to debtor none | | | |

---

**Part 7:   Previous Locations**

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

---

Debtor    **Windsor Waterjet, Inc.**            Case number *(if known)*

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

    **A. Debtor still has in its possession some nearly finished work that was ordered and paid for by Walter and Teresa Ulickas. The medallions that have been made for them are set aside and marked at the Debtor's business location. The customers (Ulickas) will have to arrange for packing and shipping.**

    **B. Debtor has raw material for medallions that were to be made for Scott Theodore has has paid the Debtor for the medallions. The raw material (tiles) have been set aside and are considered to belong to the customer.**

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
     *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

     *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

| Debtor | **Windsor Waterjet, Inc.** | Case number *(if known)* | |
|---|---|---|---|

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Mlke Mehle, CPA<br>185 N. College Ave.<br>Fort Collins, CO 80524** | **July 2019 to present.** |
| 26a.2. | **Jamie Williams<br>480 Wind River Rd.<br>Windsor, CO 80550** | **Jamie Williams as President of the corporation has been involved with keeping the books and records of the corporation since the corporation was formed in July 2019 up to the present.** |

Debtor    **Windsor Waterjet, Inc.**                                            Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.3.  **Alicia Williams**<br>**480 Wind River Drive**<br>**Windsor, CO 80550** | **Alicia Williams has been involved with keeping the corporate books and records from when the corporation was formed in July of 2019 to the present.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **There have been no audits of corp. books** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **No corp. financial statements have been** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jamie Williams | 480 Wind River Dr. Windsor, CO 80550 | Jamie Williams is the President of the corporation. | Jamie Williams owns 100% of the stock of the corporation. |

Debtor   **Windsor Waterjet, Inc.**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alicia Williams | 480 Wind River Dr. Windsor, CO 80550 | Alicia Williams is the Vice President and Secretary/Treasurer of the corporaion. | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | Jamie Williams received regular bi-weekly payroll checks from the corporation of $4,000 per pay check gross except for one check that was for $3,000 gross. These checks were paid from the end of July 2019 through November 2019 at which time no further pay roll checks were paid to him. In addition, Jamie Williams was paid $4,300 in the fall of 2019 that was not in the form of a paycheck. | | |
| | Jamie Williams 480 Wind River Drive Windsor, CO 80550 | | | |
| | **Relationship to debtor** President and 100% stock holder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Windsor Waterjet, Inc.**                                    Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 12, 2020**

**/s/ Jamie Williams**                                 **Jamie Williams**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re    **Windsor Waterjet, Inc.**                Case No. _____

                       Debtor(s)             Chapter     **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 13, 2020** _____       **/s/ Jamie Williams** _____

                                              **Jamie Williams**/**President**

                                              Signer/Title